## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **Teresa Tiller,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.: 5:17-cv-01712-HNJ** |
| | ) | |
| **JOHNSON & JOHNSON and** | ) | |
| **ETHICON, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the following defendants by certified mail pursuant to Federal Rule of Civil Procedure 4(c)(2)(C)(i) and Alabama Rule of Civil Procedure 4.1:

Johnson and Johnson
Attn: Corporate Representative
1 Johnson & Johnson Plaza
New Brunswick, New Jersey 08933

Ethicon, Inc.
Attn: Corporate Representative
Route 22 West
Somerville, New Jersey 08876

*s/ Nathan C. VanDer Veer*
Nathan C. VanDerVeer (VAN048)
Kenneth E. Riley (ASB-9731-l71k)
**FARRIS, RILEY & PITT, LLP**
The Financial Center, Suite 1700
505 20th Street North
Birmingham, Alabama 35203
(205) 324-1212 Phone
(205) 324-1255 Facsimile
*Attorneys for the Plaintiff*