**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **IN RE: ETHICON PHYSIOMESH FLEXIBLE COMPOSITE HERNIA MESH PRODUCTS LIABILITY LITIGATION** <br> _____ <br> **THIS DOCUMENT RELATES TO:** <br><br> *Teresa Tiller v. Johnson & Johnson and Ethicon, Inc.* <br><br> **Case No. 1:17-CV-04174** | **Master File No. 1:17-MD-02782** <br> **MDL No. 2782** <br><br> **RICHARD W. STORY** <br> **U.S. DISTRICT JUDGE** |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on September, 13, 2018, the following discovery documents were served via electronic mail:

1.    Johnson & Johnson's Objections and Responses to Plaintiff's Requests for Admissions;

2.    Johnson & Johnson's Objections and Responses to Plaintiff's Interrogatories;

3.    Johnson & Johnson Verification;

4.    Ethicon, Inc.'s Objections and Responses to Plaintiff's Requests for Admissions;

5.    Ethicon, Inc.'s Objections and Responses to Plaintiff's Interrogatories; and

6.    Ethicon, Inc.'s Verification.

Respectfully submitted,

*/s/ S. Eric Rumanek*
S. Eric Rumanek
Georgia Bar No. 558047
Troutman Sanders LLP
600 Peachtree Street
Suite 3000
Atlanta, Georgia 30308
(404) 885-3000
***Counsel for Defendants Ethicon, Inc.
and Johnson & Johnson***

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2018, I electronically filed this Certificate of Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

Kenneth E. Riley
Farris, Riley & Pitt, L.L. P.
505 20th Street N.
Suite 1700
Birmingham, AL 35203
kriley@frplegal.com

Nathan C. VanDerVeer
Farris, Riley & Pitt, L.L. P.
505 20th Street N.
Suite 1700
Birmingham, AL 35203
nate@frplegal.com

*/s/ S. Eric Rumanek*
S. Eric Rumanek